**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Ron O'Neal Finklea, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2019-001104

———————

Appeal from Lexington County
William P. Keesley, Circuit Court Judge

———————

Memorandum Opinion No. 2024-MO-019
Heard December 13, 2023 – Filed July 31, 2024

———————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Attorney General Alan McCrory Wilson, Senior Assistant Deputy Attorney General Melody Jane Brown, Deputy Attorney General Donald J. Zelenka, and Assistant Attorney General William Joseph Maye, all of Columbia, for Petitioner.

John H. Blume, III, of Law Office of John Blume; Rosalind Sarah Duval Major, Allison Ann Franz, and Emily C. Paavola, all of Justice 360, of Columbia, for Respondent.

———————

**PER CURIAM:** We granted a writ of certiorari to review the circuit court's decision granting Ron O'Neal Finklea's application for post-conviction relief. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**